UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 16-114 (WHW) |
| BERNARD GREENSPAN | : | <u>VERDICT SHEET</u> |

1. With respect to Count One, did the Government prove beyond a reasonable doubt that Bernard Greenspan conspired with others to violate the Federal Anti-Kickback Statute, the Travel Act, or the Honest Services wire fraud statute?

    NO _____     YES ✓

2. With respect to Count Two, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Federal Anti-Kickback Statute on or about July 13, 2011?

    NO _____     YES ✓

3. With respect to Count Three, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Federal Anti-Kickback Statute on or about December 14, 2011?

    NO _____     YES ✓

4. With respect to Count Four, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Federal Anti-Kickback Statute on or about December 12, 2012?

NO \_\_\_\_     YES ✓

5. With respect to Count Five, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Travel Act on or about August 11, 2011?

NO \_\_\_\_     YES ✓

6. With respect to Count Six, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Travel Act on or about December 7, 2011?

NO \_\_\_\_     YES ✓

7. With respect to Count Seven, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Travel Act on or about December 4, 2012?

NO \_\_\_\_     YES ✓

8. With respect to Count Eight, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Honest Services wire fraud statute on or about May 18, 2012?

NO \_\_\_\_  YES ✓

9. With respect to Count Nine, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Honest Services wire fraud statute on or about June 14, 2012?

NO \_\_\_\_  YES ✓

10. With respect to Count Ten, did the Government prove beyond a reasonable doubt that Bernard Greenspan violated the Honest Services wire fraud statute on or about October 18, 2012?

NO \_\_\_\_  YES ✓

3